**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRIAN WHITAKER**, <br> Plaintiff, <br> v. <br> **KAJIMA DEVELOPMENT CORP., et al.**, <br> Defendants. | Case No. CV 19-5589-DMG (GJSx) <br><br> **JUDGMENT** |

The Court having granted the motion for summary judgment of Defendants Kajima Development Corporation and Koojuice, Inc. by Order dated January 29, 2020 [Doc. # 35],

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendants and against Plaintiff Brian Whitaker.

DATED: January 31, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-